## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In re: | * |
| | *   Chapter 13 |
| Rachel R. Coronado | * |
| | *   Case No. 18-70248 |
| Debtor(s). | * |

### OBJECTION TO PROOF OF CLAIM FILED NUMBER #14 FILED BY
### ARMY & AIR FORCE EXCHANGE SERVICES IN THE AMOUNT OF $7,249.69

COME(S) NOW the Debtor(s), by and through his/her/their attorney of record, and objects to the Proof of Claim Number #14 filed by Army & Air Force Exchange Services in the amount of $7,249.69 for the following reasons:

1.

This claim appears to be a duplicate of claim # 6.

WHEREFORE, DEBTOR(S) PRAY(S):

(a) That claim filed by the Army & Air Force Exchange Services should be disallowed, and

(b) For such other and further relief as this court deems just and proper

/s/ William Woodall
William Woodall
Attorney for Debtor(s)

1003 N. Patterson St.
P.O. Box 3335
Valdosta, GA 31604-3335
(229) 247-1211
Georgia Bar No. 775043

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| Rachel R. Coronado | * | CHAPTER 13 |
| | * | CASE NO. 18-70248 |
| Debtor. | * | |

**NOTICE**

Rachel R. Coronado has FILED AN OBJECTION TO YOUR CLAIM IN THIS BANKRUPTCY CASE.

**Your claim may be reduced, modified, or eliminated.** You should read these documents carefully with your attorney, if you have one in the bankruptcy case. **If you do not have an attorney, you may wish to consult one.** If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the Objection may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.

If you do not want the court to eliminate or change your claim, then you or your attorney shall file with the court a written response to the objection on or before **June 18, 2018** plus an addition (3) three days if sent by mail. The objection or response should be sent to:

Clerk, U.S. Bankruptcy Court, Middle District of Georgia
P.O. Box 2147
Columbus, GA 31902-2147

**If a response is filed, a hearing on the objection to your claim shall be held on:**
**July 25, 2018 at 8:30 a.m.**
**in the U.S. Court House and Post Office Bldg., N. Patterson St., Valdosta, GA 31601**

If you mail your response to the Court for filing, you shall send it early enough so the court will **receive** it on or before the response date stated above.

Any response shall also be served on the objecting party.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim**.

This notice is sent by the undersigned pursuant to LBR 9004.

CERTIFICATE OF SERVICE

I certify that I have, this 17th day of May, 2018, served a copy of the foregoing Notice and Objection to Proof of Claim on Kristin Hurst, Chapter 13 Trustee, P.O. Box 1907, Columbus, GA 31902-1907;

Army & Air Force Exchange Services
Attention: GC-G
3911 S. Walton Walker Blvd.
Dallas, TX 75236

Bass & Associates, P.C.
C/O RaeAnne Burleigh
3936 E. Ft. Lowell Road
Suite 200
Tucson, AZ 85712

by depositing the same in the U.S. Mail in a properly addressed envelope with first class postage affixed thereon to insure delivery.

/s/ William Woodall          William Woodall,
Attorney for Debtor

1003 N. Patterson St.
P.O. Box 3335
Valdosta, GA 31604-3335
(229) 247-1211
Georgia Bar No. 775043