**SO ORDERED.**

**SIGNED this 7 day of August, 2018.**



_____
**John T. Laney, III
United States Bankruptcy Judge**

United States Bankruptcy Court
Middle District of Georgia
Valdosta Division

| | |
|---|---|
| In Re:    Rachel R. Coronado<br>1219 N. Egg & Butter Rd.<br>Ochlocknee, GA 31773<br><br>XXX-XX-6979 | Chapter 13<br><br>Case No: 18-70248-JTL |

Order for Claim No. 6

The objection of the Chapter 13 Trustee to claim # 6 filed by Army And Air Force Exchange Services, C/O Bass And Associates, P. C. 3936 E. Ft. Lowell Road, Ste 200, Tucson, AZ 85712, having been served upon the claimant and other parties of interest, and no response to said objection having been filed/or any filed response has been resolved or withdrawn, it is hereby

ORDERED that claim # 6 filed by Army And Air Force Exchange Services, is hereby designated as unsecured for the purpose of distribution.

END OF DOCUMENT

/s/ Kristin Hurst
_____
Kristin Hurst
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com